4/27/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

_____

| | |
|---|---|
| In Re: | Chapter 7 |
| ERIC LEE ROSE | Case No. 09-40 |
| | EMPLOYEE INCOME RECORDS |
| Debtor(s). | |

_____

Pursuant to 11 USC 521 (a)(1)(B)(iv), I certify the attached copies are true and correct copies of payment advices or other evidence of payment I received from my disability payments within 60 days before the date of the filing of my petition; that I worked for Wal-Mart for a short time; that the local store no longer has copies of the pay stubs for 2008; that they stated that a subpoena would be necessary to get them from the main office. That the attached pay stubs are for my son who lives with me.

Dated this 27th day of April, 2009.

/s/ Eric L Rose
Debtor