**Nationwide**

Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg 260

April 21, 2009

260
ERIC L. ROSE

341 ZELIFF AVE
SHERMAN          SD     57030

Claim No     40B01429
Policy No    ACP WC 7260987368
Loss Date    05/20/2008
Check No     172394661
Check Amt    ********$217.73

In Payment Of  TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
1 WEEK AT THE WEEKLY RATE OF $217.73
BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
04-17-09 THRU   04-23-09   (0015        )

Additional Information



Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg 379

April 14, 2009

379
ERIC L. ROSE

341 ZELIFF AVE
SHERMAN          SD     57030

Claim No     40B01429
Policy No    ACP WC 7260987368
Loss Date    05/20/2008
Check No     172394132
Check Amt    ********$217.73

In Payment Of  TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
1 WEEK AT THE WEEKLY RATE OF $217.73
BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
4/10/09 - 4/16/09 (0014)

Additional Information

KIM NIEHAUS   402-328-9085
Claim Department
NATIONWIDE MUTUAL INSURANCE COMPANY

301.00 (03-07)                                   DETACH BEFORE ENDORSING OR DEPOSITING



Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg    387

April 7, 2009

387
ERIC L. ROSE

341 ZELIFF AVE
SHERMAN                SD    57030

Claim No      40B01429
Policy No     ACP WC  7260987368
Loss Date     05/20/2008
Check No      172393549
Check Amt     ********$217.73

In Payment Of   TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
1 WEEK AT THE WEEKLY RATE OF $217.73
BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
4/3/09 - 4/9/09 (0013)

Additional Information



Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg    283

March 17, 2009

283
ERIC L. ROSE

341 ZELIFF AVE
SHERMAN                SD    57030

Claim No      40B01429
Policy No     ACP WC  7260987368
Loss Date     05/20/2008
Check No      172391601
Check Amt     ********$217.73

In Payment Of   TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
1 WEEK AT THE WEEKLY RATE OF $217.73
BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
03-13-09 THRU    03-19-09   (0010            )

Additional Information

KIM NIEHAUS    402-328-9085
Claim Department
NATIONWIDE MUTUAL INSURANCE COMPANY

Nationwide

Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg    438

March 10, 2009

438
ERIC L. ROSE
341 ZELIFF AVE
SHERMAN                    SD    57030

Claim No      40B01429
Policy No     ACP WC  7260987368
Loss Date     05/20/2008
Check No      172391125
Check Amt     ********$217.73

In Payment Of    TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
                 1 WEEK AT THE WEEKLY RATE OF $217.73
                 BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
                 3/6/09 - 3/12/09  (0009)

Additional Information



Nationwide

Lincoln Regional Office
P.O. Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg    388

March 3, 2009

388
ERIC L. ROSE
341 ZELIFF AVE
SHERMAN                    SD    57030

Claim No      40B01429
Policy No     ACP WC  7260987368
Loss Date     05/20/2008
Check No      172390517
Check Amt     ********$217.73

In Payment Of    TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
                 1 WEEK AT THE WEEKLY RATE OF $217.73
                 BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
                 2/27/09 - 3/5/09  (0008)

Additional Information

KIM NIEHAUS   402-328-9085
Claim Department
NATIONWIDE MUTUAL INSURANCE COMPANY

301.00 (03-07)                                        DETACH BEFORE ENDORSING OR DEPOSITING

Nationwide

Lincoln Regional Office
PO Box 80758
Lincoln, NE 68501-0758
402-467-2381 / 800-228-4011

prtpg   430

February 17, 2009

430
ERIC L. ROSE

341 ZELIFF AVE
SHERMAN                    SD    57030

| | |
|---|---|
| Claim No | 40B01429 |
| Policy No | ACP WC 7260987368 |
| Loss Date | 05/20/2008 |
| Check No | 172389278 |
| Check Amt | ********$217.73 |

In Payment Of   TEMPORARY TOTAL DISABILITY PAYMENT FOR ERIC ROSE
1 WEEK AT THE WEEKLY RATE OF $217.73
BY ENDORSING THIS CHECK, I HEREBY CERTIFY THAT I AM NOT WORKING
2/13/09 - 2/19/09 (0006)

Additional Information

KIM NIEHAUS   402-328-9085
Claim Department
NATIONWIDE MUTUAL INSURANCE COMPANY

301.00 (03-07)                            DETACH BEFORE ENDORSING OR DEPOSITING