


# Online Paystub - Advice Search Tool

Pay Period Beginning Date: 10-27-2007 through Ending Date: 03-27-2009

Payroll Advice for:   ERIC L ROSE II

| Pay Period End Date | Check / Advice # | Check / Deposit Date | Gross Amt | Net Amt |
| --- | --- | --- | --- | --- |
| 05-23-2008 | 094741552 | 05-29-2008 | $581.30 | $479.64 |
| 06-06-2008 | 095503547 | 06-12-2008 | $683.56 | $558.74 |
| 06-20-2008 | 096250267 | 06-26-2008 | $689.73 | $563.52 |
| 07-04-2008 | 096962783 | 07-10-2008 | $811.36 | $657.58 |
| 07-18-2008 | 097675060 | 07-24-2008 | $813.86 | $643.89 |
| 08-01-2008 | 098388614 | 08-07-2008 | $797.35 | $646.76 |
| 08-15-2008 | 130361791 | 08-21-2008 | $707.05 | $576.91 |
| 08-29-2008 | 131069834 | 09-04-2008 | $545.41 | $451.87 |
| 09-12-2008 | 131776076 | 09-18-2008 | $815.84 | $661.06 |
| 09-26-2008 | 132479787 | 10-02-2008 | $749.45 | $609.71 |
| 10-10-2008 | 133184739 | 10-16-2008 | $730.26 | $594.87 |
| 10-24-2008 | 133891499 | 10-30-2008 | $708.96 | $578.38 |
| 11-07-2008 | 134600267 | 11-13-2008 | $739.55 | $602.04 |
| 11-21-2008 | 135313173 | 11-26-2008 | $651.42 | $524.13 |
| 12-05-2008 | 136037668 | 12-11-2008 | $726.38 | $581.37 |
| 12-19-2008 | 136761893 | 12-24-2008 | $625.80 | $503.18 |
| 01-02-2009 | 137483291 | 01-08-2009 | $601.54 | $479.43 |
| 01-16-2009 | 138205903 | 01-22-2009 | $657.46 | $520.68 |
| 01-30-2009 | 138929676 | 02-05-2009 | $648.17 | $513.54 |
| 02-13-2009 | 139655306 | 02-19-2009 | $615.64 | $488.63 |
| 02-27-2009 | 140384823 | 03-05-2009 | $572.03 | $455.18 |
| 03-13-2009 | 141128964 | 03-19-2009 | $660.30 | $540.28 |

Privacy Policy
Copyright © 2003-2004 Wal-Mart Stores, Inc.

SEQ: F028754

702 S.W. 8th St.
Bentonville, AR 72716

ERIC L ROSE II                01WS

SOCIAL SECURITY # XXXXXX9884

| DESCRIPTION | RATE | HOURS | EARNINGS | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|
| | | | | FEDERAL TAX | 6134 | 44999 |
| | | | | SOCIAL SECURITY | 5557 | 37935 |
| | | | | INS MEDICAL    * | 1210 | 9534 |
| REGULAR EARNING | 93700 | 7923 | 74239 | 469356 INS DENTAL    * | 375 | 2936 |
| OVERTIME/INCT | | | 00 | 06 INS LIFE | 40 | 320 |
| MY$HARE INCT | | | 00 | 15492 INS AD&D    * | 16 | 128 |
| HOLIDAY PAY | | | 00 | 13545 INS-STD+ | 75 | 600 |
| DAILY PREMIUM | | | 00 | 5488 INS STD | 445 | 3049 |
| SUNDAY PREMIUM | | | 00 | 4594 INS LTD-HOURLY | 67 | 456 |
| WRKDHRS | | 7923 | | CHECK   DEPOSIT | 60320 | 408524 |
| SICK HRS AVAIL | | 2381 | | | | |

YTD STOCK PURCHASE DEDUCTIONS START OVER THIS CHECK

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | DEPOSIT NO. | AMT. OF DEPOSIT |
|---|---|---|---|---|---|---|---|
| CURRENT | 74239 | 11691 | 2228 | 60320 | 03-28-2009 | 142615205 | 60320 |
| YEAR TO DATE | 508481 | 82934 | 17023 | 408524 | 04-10-2009 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS  •  DETACH AND RETAIN FOR YOUR RECORDS