UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40288 |
| | ) | Chapter 7 |
| ERIC LEE ROSE | ) | |
| SSN/ITIN xxx-xx-5403 | ) | NOTICE OF TRUSTEE'S MOTION |
| | ) | TO APPROVE SETTLEMENT |
| Debtor. | ) | |

  Trustee Lee Ann Pierce has filed a Motion to Approve Settlement. Pursuant to the motion, she proposes to accept payment on behalf of the bankruptcy estate of $4,762.71 from Defendant in Adversary No. 10-4030, Eric Rose II, to resolve all issues regarding the adversary complaint. The enclosed motion includes all of the terms of the settlement. Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

  If you do not want the Court to approve the settlement as proposed, you or your attorney must file with the Bankruptcy Clerk, on or before **September 7, 2010**, a signed and dated typewritten response explaining your position. Your response must include the case name and number. Only an attorney may file a response or appear at a hearing on behalf of a corporation, partnership, or other formal legal entity.

  If you are an attorney, you must file any response electronically. *See* the July 14, 2005 general order and additional information regarding electronic filing (CM-ECF) on the Court's website at *www.sdb.uscourts.gov*. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 400 South Phillips Avenue, Room 104, Sioux Falls, South Dakota 57104-6851. The response must be mailed early enough to ensure the Bankruptcy Clerk *receives* it by the deadline stated above.

  If you or your attorney file a response, you or your attorney must also mail a copy of the response to any parties in interest, as defined by Local Bankruptcy Rule 9001-1(7), who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties in interest listed in Rule 9001-1(7) by contacting the Bankruptcy Clerk's office at (605) 357-2400.

  A hearing on the motion may be set by separate order if an objection or other response is filed by the deadline. If you do not file and serve a response on or before the deadline, the Court may enter an order approving the proposed compromise without a hearing.

  Dated: August 12, 2010.

            FITE & PIERCE LAW OFFICE

            /s/ Lee Ann Pierce
            By: Lee Ann Pierce
            Chapter 7 Bankruptcy Trustee
            316 Fourth Street/P.O. Box 524
            Brookings, SD 57006-0524
            Phone: 605/692-9415
            Fax: 605/692-1433